12-14-00160-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS
9/28/2015

To Whom It May Concern, Abel Acosta, Clerk

Hello, my ~~name~~ name is JoShe' Johnson and I'm writing this letter to file a PDR. Although I'm not quite sure how I should actually go about doing so, my family was told that I could file this myself because at this present time my lawyer is in the hospital and I can't get anyone in his office to help me. I was charged with criminal mischief in June 2014 and sentenced to 2 years State Jail, having no prior felonies and very few arrests. On the day of my conviction I filed an appeal which just came back on September 17th, the 12th Court of Appeals in Tyler, Texas let the conviction stand because the price was more than $1,500 as said. There are many issues I have regarding the case and conviction itself. As stated this is my 1st time being charged as a felon, I was not offered probation, and the DA could only prove that the damage was done but not that I was the one who actually done it.

FILED IN
COURT OF CRIMINAL APPEA
OCT 01 2015
Abel Acosta, Clerk

The teen and his mother were basically the only witnesses that the DA had. Ashley Howard and I were friends for sometime before she sort of introduced me to another woman after which our friendship wasn't as intact as it had previously been. We had no intimate relationship but after while her attitude began to change and she would say "you don't fool with me no more since you in love" so on and so forth. When she testified on the stand she stated that "if JoShe' wouldn't have called me and my kids retarded we wouldn't be here. We loved JoShe', my kids still love her." When she said that I remembered an argument me and her had because of a lie that was floating around. As I said we never had an intimate relationship although she had tried/said a few things which led me to believe she possibly wanted to. Her son was brought from a troubled boys home to testify against me. She and he both suffer from bipolar disorder and scizaphrenia (excuse my misspelling). He also has a history of vandalism, he previously busted out the windows of his mother

and grandmothers home as Howard testified I agreed to in court. His testimony changed from the time she sent him to speak with the detective until the time we actually went to court. My lawyer was supposed to state all of this in the appeal but based on what I received he failed to do so. I know that her stating that if I wouldn't have called her and her kids retarded that we wouldn't be in court is retaliaton or some form of it. Also based on how I feel that she felt it could also be considered a crime of passion. She knew about the apartment being tore up before I did. I actually didn't have to move out because I won my eviction case and was told that I could pay rent owed or move out. I had already started moving out, I only appealled the eviction so I could have more time to move all of my things. There were also issues with the actual costs of the damage done to the apartment. The price went from $4,700 to $3,600 to $3,445 in the end which still does not add up. I was told by people that lived there and talked to the maintinance guy that everything was not replaced. He also testified and stated that as well, he said "if it could be fixed w/out replacing it, that's what I done." I asked for pictures

of the apartment before/after the damage was repaired and only received the before, which further led me to believe that he did not replace everything as listed. Before the case went to court I would go to see if I had any mail and the lady that lived there at the time also complained of different things in the apartment. I know that she let me in one day and the same carpet was inside and had not been replaced as said because there were the exact same stains in the carpet. ~~Dect~~ Detective Petties stated that "a lot of people heard the commotion but no one called the police." Based on the damage they showed the noise could well should have been heard around the block or would have been very disturbing for anyone to continuously listen to without notifying LPD because of the noise. No one saw me tearing up the apartment although everyone saw me moving my things. I hope and pray my case can be reexamined and thoroughly looked at and reconsidered based on all of the different issues I have stated. Thank you so much for your time and consideration.

God Bless,

JoShé Johnson